Decided September 13, 1995

SOPHIE LUPOLI *v.* GALE S. LUPOLI ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 639 (AC 14092), is denied.

*Kenneth A. Votre*, in support of the petition.

*Susan E. Nugent*, in opposition.

Decided September 13, 1995